IN RE:

DANIEL ANTON NOVAK

    Debtor

FILED
2009 SEP -8 PM 3:59
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

CASE NO. 08-52055-S

CHAPTER 7

REPORT OF DIVIDEND
<u>UNDER FIVE DOLLARS</u>

    Harold A. Corzin, Trustee herein, reports that check #108 in the amount of $3.07 was issued on August 26, 2009 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                    Amt. of Dividend

Claim #3      US Bank Corp/Retail Payment Solutions      $   3.07
               PO BOX 5229
               Cincinnati, OH 45201

TOTAL:                                              $   3.07

*Ck # 108*
*receipt # 80884*

                                             _____
                                             HAROLD A. CORZIN, TRUSTEE
                                             304 N. Cleveland-Massillon Rd.
                                             Akron, Ohio 44333
                                             (330) 670-0770

September 2, 2009